UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Goerg, Diane L.                     §    Case No. 16-25697
                                    §
                                    §
              Debtors(s)            §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/10/2016. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 69,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 20,238.14 |
| Bank Service Fees | | 225.34 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 49,036.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 02/21/2017 and the deadline for filing governmental claims was 02/21/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $6,725.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $6,725.00, for a total compensation of $6,725.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $33.63 for total expenses of $33.63

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :  09/20/2017     By :  /s/ Joseph A. Baldi
                                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-25697 | Judge: | Deborah L. Thorne | Trustee Name: | Joseph A. Baldi |
| Case Name: | Goerg, Diane L. | | | Date Filed (f) or Converted (c): | 08/10/2016 (f) |
| | | | | 341(a) Meeting Date: | 09/08/2016 |
| For Period Ending: | 09/20/2017 | | | Claims Bar Date: | 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 9535 S. Kedzie, 2F, Evergreen Park, IL 60805 | 60,000.00 | 30,000.00 | | 31,000.00 | FA |
| 2. 11937 S. Hamlin, 2C, Alsip, IL 60803 | 50,000.00 | 32,000.00 | | 30,000.00 | FA |
| 3. LCP Pistol Value from Bass Pro Shop - new | 250.00 | 0.00 | | 0.00 | FA |
| 4. Regular wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Engagement ring and costume jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Checking - 9909 TCF Joint with spouse | 0.00 | 0.00 | | 0.00 | FA |
| 7. Savings - 0692 TCF Joint with spouse | 1,425.14 | 0.00 | | 0.00 | FA |
| 8. Traditional IRA Edward Jones Acct. ending in 672-1-3 | 21,519.05 | 0.00 | | 0.00 | FA |
| 9. Roth IRA Edward Jones Acct. ending in 834-1-3 | 3,658.08 | 0.00 | | 0.00 | FA |
| 10. 2000 Ford Expedition | 3,750.00 | 3,750.00 | | 1,827.50 | FA |
| 11. 2014 Toyota Camry | 11,000.00 | 4,600.00 | | 4,479.50 | FA |
| 12. Term life | 0.00 | 0.00 | | 0.00 | FA |
| 13. Regular household furniture - no antiques | 500.00 | 0.00 | | 0.00 | FA |
| 14. 4 TVs 2 laptop computers | 250.00 | 0.00 | | 0.00 | FA |
| 15. DK Corporation (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16. D Empire LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17. Loan to DK Corporation (u) | 68,812.05 | 0.00 | | 0.00 | FA |
| 18. 1974 Pontiac Grandville (u) | 2,250.00 | 2,250.00 | | 2,193.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-25697 | Judge: Deborah L. Thorne | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: Goerg, Diane L. | | Date Filed (f) or Converted (c): 08/10/2016 (f) |
| | | 341(a) Meeting Date: 09/08/2016 |
| For Period Ending: 09/20/2017 | | Claims Bar Date: 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 225,414.32 | 72,600.00 | | 69,500.00 | 0.00 |

Re Prop. #1    Sold per court order 2/28/17 [dkt 46]
Re Prop. #2    Sold per court order 2/17/17 [dkt 42]
Re Prop. #10   Sold per order 7/11/17 [dkt 64]
Re Prop. #11   Sold per order 7/11/17 [dkt 64]
Re Prop. #15   100% ownership
Re Prop. #16   100% ownership
Re Prop. #17   DK Corporation incorporated in 2015. It is, currently,
operating at a loss and its liabilities exceed its assets
Re Prop. #18   1/2 Interest in Vehicle; Sold per order 7/11/17 [dkt 64]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 2017: Trustee sold 2 parcels of real property and paid customary costs of sale per court orders. Trustee reached settlement with Debtor under which Debtor bought back the non-exempt equity in 3 vehicles. Sale was approved by Court per order of 7/11/17. Trustee will attend to tax matters; review claims and resolve any claims issues and then prepare his Final Report.

**Initial Projected Date of Final Report(TFR) :** 11/30/2017    **Current Projected Date of Final Report(TFR) :** 11/30/2017

**Trustee's Signature**    /s/Joseph A. Baldi    **Date:** 09/20/2017
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-25697 | Trustee Name: Joseph A. Baldi |
| Case Name: | Goerg, Diane L. | Bank Name: Texas Capital Bank |
| | | Account Number/CD#: ******5583 Checking Account |
| Taxpayer ID No: | **-***5780 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: | 9/20/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/27/2017 | | First American Title Company<br>8707 West 95th Street<br>Hickory Hills, IL 60457 | Sale of 11937 S. Hamlin Ave, Unit 2C, Alsip, IL 60803 per order 2/17/17 [dkt 42] | | 20,568.49 | | 20,568.49 |
| | [2] | | Sale of 11937 S. Hamlin Ave, Unit 2C, Alsip, IL              30,000.00 | 1110-000 | | | |
| | | | Title Charges & Escrow/Settlement Charges        (2,378.00) | 2500-000 | | | |
| | | | Government Recording & Transfer Charges             (45.00) | 2500-000 | | | |
| | | | Village of Alsip - Transfer Stamp                          (105.00) | 2500-000 | | | |
| | | | Association Fees                                        (1,093.62) | 2500-000 | | | |
| | | | County Taxes (1/1/16 - 6/30/16)                      (1,120.21) | 2820-000 | | | |
| | | | County Taxes (7/1/16 - 2/24/17)                      (1,394.68) | 2820-000 | | | |
| | | | Trustee's Real Estate Attorney Fees                   (750.00) | 3210-600 | | | |
| | | | Coldwell Banker - Broker's Commission             (2,100.00) | 3510-000 | | | |
| | | | Administrative Fee - Coldwell Banker                 (445.00) | 3520-000 | | | |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 20,553.49 |
| | | | Page Subtotals | | 20,568.49 | 15.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 16-25697 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Goerg, Diane L. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5583 Checking Account |
| Taxpayer ID No: | **-***5780 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/20/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/21/2017 | | First American Title Company<br>27775 Diehl Road<br>Warrenville, IL 60555 | Sale of 9535 S. Kedzie Ave, Unit 2F, Evergreen Park, IL 60805 per order 2/28/17 [dkt 46] | | 20,193.37 | | 40,746.86 |
| | [1] | | Sale of 9535 S. Kedzie Ave, Unit 2F, Evergreen Park, IL       31,000.00 | 1110-000 | | | |
| | | | Title Charges & Escrow/Settlement Charges       (3,285.70) | 2500-000 | | | |
| | | | Government Recording & Transfer Charges       (46.50) | 2500-000 | | | |
| | | | Association Fees       (2,582.20) | 2500-000 | | | |
| | | | County Taxes (7/1/16 - 3/20/17)       (1,107.23) | 2820-000 | | | |
| | | | Trustee's Real Estate Attorney Fees       (750.00) | 3210-600 | | | |
| | | | Transfer Stamp, Inspection Fee, and Association Fee Reimbursement to Trustee's Real Estate Attorney       (420.00) | 3220-610 | | | |
| | | | Coldwell Banker - Broker's Commission       (2,615.00) | 3510-000 | | | |
| 04/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.73 | 40,708.13 |
| | | | Page Subtotals | | 20,193.37 | 38.73 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)                                                                                                                  **Exhibit B**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 16-25697 | |
| Case Name: | Goerg, Diane L. | |
| Taxpayer ID No: | **-***5780 | |
| For Period Ending: | 9/20/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5583 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 56.88 | 40,651.25 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 56.81 | 40,594.44 |
| 06/28/2017 | | Diane Goerg<br>11541 S Highwood Dr<br>Palos Park, IL 60464 | Equity in 3 Vehicles per order 7/11/17 [dkt 64] | | 8,500.00 | | 49,094.44 |
| | [10] | | Equity in 2000 Ford Expedition   1,827.50 | 1129-000 | | | |
| | [11] | | Equity in 2014 Toyota Camry   4,479.50 | 1129-000 | | | |
| | [18] | | 1/2 Interest in 1974 Pontiac Grandville   2,193.00 | 1229-000 | | | |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 57.92 | 49,036.52 |
| | | | | Page Subtotals | 8,500.00 | 171.61 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-25697 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Goerg, Diane L. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5583 Checking Account |
| Taxpayer ID No: | **-***5780 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/20/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

|  |  |  | COLUMN TOTALS | 49,261.86 | 225.34 |
|---|---|---|---|---|---|
|  |  |  | Less:Bank Transfer/CD's | 0.00 | 0.00 |
|  |  |  | **SUBTOTALS** | 49,261.86 | 225.34 |
|  |  |  | Less: Payments to Debtors |  | 0.00 |
|  |  |  | **Net** | 49,261.86 | 225.34 |

| | | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 69,500.00 | | | | | |
| All Accounts Gross Disbursements: | 20,463.48 | | ******5583 Checking Account | 49,261.86 | 225.34 | |
| All Accounts Net: | 49,036.52 | | **Net Totals** | 49,261.86 | 225.34 | 49,036.52 |

Case: 16-25697  
Goerg, Diane L.

CLAIMS REGISTER

Joseph A. Baldi Trustee  
Dated: Sep 20, 2017  
EXHIBIT C Page 1

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100-000<br>ADMIN | Valid To Pay | 6,725.00 | 6,725.00 | 0.00 | 6,725.00 | 0.00 |
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200-000<br>ADMIN | Valid To Pay | 33.63 | 33.63 | 0.00 | 33.63 | 0.00 |
| | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110-000<br>ADMIN | Valid To Pay | 10,072.50 | 10,072.50 | 0.00 | 10,072.50 | 0.00 |
| | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3120-000<br>ADMIN | Valid To Pay | 504.50 | 504.50 | 0.00 | 504.50 | 0.00 |
| | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Dr., Suite 760<br>Schaumburg, IL 60173 | 3310-000<br>ADMIN | Valid To Pay | 1,351.50 | 1,351.50 | 0.00 | 1,351.50 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **18,687.13** | **18,687.13** | **0.00** | **18,687.13** | **0.00** |

Case: 16-25697  
Goerg, Diane L.

CLAIMS REGISTER

Joseph A. Baldi Trustee  
Dated: Sep 20, 2017

EXHIBIT C Page 2

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | 7100-000<br>UNSEC | Valid To Pay | 18,991.16 | 18,991.16 | 0.00 | 11,908.64 | 7,082.52 |
| 00002 | Siampos, LLC c/o Vasili Siampos<br>10212 S 87th Ct<br>Palos Hills, IL 60465 | 7100-000<br>UNSEC | Valid To Pay | 53,993.86 | 29,408.16 | 0.00 | 18,440.75 | 10,967.41 |
| **UNSECURED TOTAL** | | | | **72,985.02** | **48,399.32** | **0.00** | **30,349.39** | **18,049.93** |
| **REPORT TOTALS** | | | | **91,672.15** | **67,086.45** | **0.00** | **49,036.52** | **18,049.93** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   16-25697
Case Name:  Goerg, Diane L.

Trustee Name:   Joseph A. Baldi

| | |
|---|---|
| Balance on Hand | $49,036.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $ 6,725.00 | $ 0.00 | $ 6,725.00 |
| Trustee, Expenses: Joseph A. Baldi | $ 33.63 | $ 0.00 | $ 33.63 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd | $ 10,072.50 | $ 0.00 | $ 10,072.50 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd | $ 504.50 | $ 0.00 | $ 504.50 |
| Accountant for Trustee, Fees: Kutchins, Robbins & Diamond, | $ 1,351.50 | $ 0.00 | $ 1,351.50 |

Total to be paid for chapter 7 administrative expenses     $ 18,687.13
Remaining Balance                                          $ 30,349.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,399.32 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 62.7 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc | $ 18,991.16 | $ 0.00 | $ 11,908.64 |
| 00002 | Siampos, LLC c/o Vasili Siampos | $ 29,408.16 | $ 0.00 | $ 18,440.75 |
| Total to be paid to timely general unsecured creditors | | | | $ 30,349.39 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE