UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 12, 2017 |
| | ) | Hearing Time: 10:00 a.m. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to: Estate

Date of Order Authorizing
Employment: August 10, 2016

Period for Which
Compensation is sought: September 19, 2016 to Close of Case

Amount of Fees sought: $ 6,725.00

Amount of Expense
Reimbursement sought: $ 33.63

This is an: Interim Application __  Final Application  X

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: N/A .

Dated: September 20, 2017            Joseph A. Baldi, Trustee of the Estate of
                                      Diane L. Goerg, Debtor

                                      By:    /s/Joseph A. Baldi, Trustee
                                          Joseph A. Baldi, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 12, 2017 |
| | ) | Hearing Time: 10:00 a.m. |

**First and Final Application for Allowance and Payment of
Compensation and Expense Reimbursement of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the bankruptcy estate ("Estate") of Diane L. Goerg ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $6,725.00 as final compensation for services rendered as chapter 7 trustee in this case from August 10, 2016 through the close of this case and for reimbursement of expenses which he will incur during the same period in the amount of $33.63. In support thereof, Trustee states as follows:

**Introduction**

1. Debtor commenced this case on August 10, 2016 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's assets consisted of the debtor's interest in two condos located at 9535 S. Kedzie, 2F, Evergreen Park, Illinois 60805 ("Kedzie Property") and 11937 S. Hamlin, 2C, Alsip, Illinois 60803 ("Hamlin Property") as well as non-exempt equity in a 2000 Toyota Camry, a 2000 Ford Expedition, and the debtor's ½ interest in an unscheduled 1974 Pontiac Grandville (collectively "Property").

4. The bar date for filing claims in this case was February 21, 2017 for both general unsecured creditors and governmental units.

**Prior Compensation and Expense Reimbursement**

5.      This is the first and final application ("Application") for allowance of compensation and expense reimbursement filed by Trustee in this case.

6.      Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

**Services Rendered by Trustee**

7.      Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A.      Trustee reviewed the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs which were filed in support of Debtor's petition for bankruptcy relief. Trustee conducted an examination of the Debtor pursuant to Section 341 of the Code.

B.      Trustee analyzed the Estate's interest and potential value of two condos owned by the Debtor. Trustee consulted with a broker regarding the value of the condos and worked with the Debtor to obtain access to the condos for the broker to perform an inspection of the properties. Trustee also contacted a tenant in the property regarding the bankruptcy case and her rights to continue to occupy the condo she rented. After reviewing the status of title to the property and conferring with the broker, Trustee determined that there was equity in the condos which could be realized for creditors. Trustee directed his attorneys to hire the broker and entered into listing agreements for both condos. Trustee received and accepted an offer to sell the Hamlin Property for $30,000.00 and received and accepted an offer to sell the Kedzie Property for $31,000.00 to two separate private parties. In order to close the sales of the condos, Trustee retained special counsel with experience in residential real estate closings to prepare the necessary documents and close each sale. Trustee collected net proceeds from the

2

sale of the condos totaling $40,761.88 for which he deposited in the estate's bank account. Trustee also negotiated with the Debtor for the sale of the estate's interest in the non-exempt equity in a 2000 Toyota Camry, a 2000 Ford Expedition and the debtor's ½ interest in an unscheduled 1974 Pontiac Grandville. Trustee received a settlement offer from the Debtor to purchase the estate's interest in the vehicles for $8,500.00. Trustee accepted the settlement offer from the Debtor and deposited $8,500.00 into the estate's bank account. Trustee worked with the Estate's accountant to determine the Estate's tax liability on the sale of the condos and to prepare and file final tax returns for the Estate. Trustee also directed the preparation and filing of the requisite reports of sale for the condos and the vehicles.

        C.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

        D.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

        E.    Trustee examined, analyzed and verified proofs of claim filed against the Estate as well as the Debtor's objection to a claim filed by Siampos, LLC;

        G.    Trustee otherwise administered this Estate and directed the allocation, liquidation, and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

    8.    Trustee has collected the sum of $69,500.00 on behalf of the Estate. Trustee has made $20,463.46 in disbursements in this case as of the date hereof, primarily in payment of the costs of sale for the condos.

    9.    Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash Receipts and Disbursements Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

10.   During the period covered by this Application, Trustee has spent 36.40 hours rendering services on behalf of this Estate with a value of $12,498.50. Trustee estimates that he will spend an additional three hours rendering services with a value of $820.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

11.   The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above is $6,725.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $19,5000.00 | $  975.00 |
| Total allowable compensation | $6,725.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a partial distribution to the Estate's general unsecured creditors. Trustee does not anticipate that there will be a surplus of funds to be returned to the Debtor.

12.   Based upon the services rendered, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through the closing of this case in the amount of $6,725.00. The amount requested represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.   An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14.   Trustee requests that the compensation requested herein be paid from the Estate funds in his possession as part of his final distribution in this case.

**Reimbursement of Expenses**

4

15. In connection with the services rendered, Trustee will incur actual and necessary expenses in the amount of $33.63 for which he now requests reimbursement. The expenses which will be incurred include the copies and postage for the Notice of Final Report that will need to be served to creditors who filed claims in the case and the transmittal of the estate's tax returns to the Internal Revenue Service and the Illinois Department of Revenue which were sent by certified mail. A detailed itemization of the expenses incurred is included within the billing statement attached hereto as Exhibit A.

### Status of the Case

16. The Trustee has liquidated or sought to abandon at closing all of the assets of the Estate and has completed his review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed his Final Report simultaneously herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Diane L. Goerg, debtor requests the entry of an order providing the following:

    A. Allowing to Trustee final compensation in the amount of $6,725.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from August 10, 2016 through the closing of this case;

    B. Allowing to Trustee reimbursement of expenses which he will incur in the amount of $33.63;

    C. Authorizing Trustee to make a distribution of the monies awarded above as part of his final distribution in this case, and

    D. For such other and further relief as this Court deems appropriate.

Dated: August 29, 2017          Joseph A. Baldi, as trustee of the estate of
                                               Diane L. Goerg, Debtor

                                               By: /s/
                                                          Joseph A. Baldi

Joseph A. Baldi
20 N. Clark St., Suite 200
Chicago, IL 60602
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

August 22, 2017
Invoice No:   02965

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   Goerg - Trustee

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/19/2016 | JAB | TC to debtor's attorney to follow up on document request (.1), Review documents received (.3) | 0.40 $450.00/ hr | $180.00 |
| 9/20/2016 | JAB | Review and respond to email from debtors attorney re documents received, documents requested (.2), Review schedules re equity, property to be sold (.3) | 0.50 $450.00/ hr | $225.00 |
| 10/12/2016 | JAB | Review valuations and information regarding real estate (.3), Forward to potential broker for follow up and possible retention of broker for sales (.2) | 0.50 $450.00/ hr | $225.00 |
| 10/12/2016 | JMM | Review email from Debtor's Counsel re: information on condos, insurance, other issues (.2), TC to Debtor's Counsel re: no attendance needed at 341 Meeting, documentation requested by Trustee (.2), Obtain Tax Bills for both properties via Cook County Treasurer (.1), Obtain and analyze lexis report on debtor re: asset analysis (.3) | 0.80 $185.00/ hr | $148.00 |
| 10/14/2016 | JMM | TC to Debtor's Counsel re: contact client for broker to come visit property (.1) | 0.10 $185.00/ hr | $18.50 |

**Baldi Berg, Ltd**  8/22/2017

Goerg - Trustee    Page    2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/18/2016 | JAB | TC with broker re inspection of properties, follow up on same (.3), Review and approve letters to tenants (.2) | 0.50<br>$450.00/ hr | $225.00 |
| 10/18/2016 | JMM | Draft Letter to Tenant re: future rent pymts to TR, status of case, intent to sell property (.8), Draft Letter to Debtor's Counsel re: intent to sell property, status of sale process, turnover of rent payment (.7) | 1.50<br>$185.00/ hr | $277.50 |
| 10/19/2016 | JMM | Edit Letter to Debtor's Counsel (.4), Edit Letter to Tenant (.3), Draft email to Anna re: Letters, Intent to list property, demand for accounting ledger (.2) | 0.90<br>$185.00/ hr | $166.50 |
| 11/10/2016 | JAB | Review and respond to emails from broker and debtor's attorney regarding sale of condos (.3), Follow up on contact information with debtor's attorney (.2), Call tenant, explain tenancy issues and sale process, discuss inspection of property to list for sale (.4)  Email to broker with contact information for debtor and tenant (.1) | 1.00<br>$450.00/ hr | $450.00 |
| 1/16/2017 | JAB | Review and respond to emails from broker (.4), Confer with JMM re motions to hire broker (.1), TC to tenant re rent, cooperation with listing agent, termination of tenancy (.4), TC to debtor re condo association contact (.1) | 1.00<br>$450.00/ hr | $450.00 |
| 1/18/2017 | JAB | Review and respond to management company for condo association, request amounts for dues, past due claims. (.3) TC with J Knight re same. (.5) | 0.80<br>$450.00/ hr | $360.00 |
| 1/18/2017 | JMM | Edit Affidavits with new hearing date (.1), Draft email to both Brokers re: amended Affidavits (.2) | 0.30<br>$185.00/ hr | $55.50 |
| 1/19/2017 | JAB | Review and respond to email from condo association attorney. | 0.30<br>$450.00/ hr | $135.00 |
| 1/25/2017 | JAB | Follow up with broker and condo attorney to list property, send emails re same. (.4)  Further emails re association dues, keys and listing agreement. (.6) | 1.00<br>$450.00/ hr | $450.00 |

**Baldi Berg, Ltd**                                                                 8/22/2017

Goerg - Trustee                                                                 Page    3

| | | | | | |
|---|---|---|---|---|---|
| 1/27/2017 | JMM | Review and respond to email from Broker re: Contract Riders (.2) | 0.20<br>$185.00/ hr | | $37.00 |
| 1/30/2017 | JAB | Review, modify and sign real estate contract for Hamlin property. (.6) Email to condo attorney to confirm assessments and request documents for buyer. Forward contract to broker for follow up. (.5) TC's with broker re competing offer, terms of same and discuss which offer to accept. (.5) | 1.60<br>$450.00/ hr | | $720.00 |
| 2/01/2017 | JAB | Emails to broker and condo attorney re sale of Hamlin (.6), Request documents needed to close sale (.2), Advise parties of access to Kedzie property (.2) | 1.00<br>$450.00/ hr | | $450.00 |
| 2/01/2017 | JAB | TC with proposed special counsel (.6), Forward copy of contract and contact information for Condo attorney (.1) | 0.70<br>$450.00/ hr | | $315.00 |
| 2/02/2017 | JMM | Process Order for Sale Documentation from Condo Associate for sale of 11937 S. Hamlin (.3), Draft email to Wayne Skelton re - Docs (.2) | 0.50<br>$185.00/ hr | | $92.50 |
| 2/03/2017 | JAB | Review and respond to brokers re sale contract for Kedzie (.2), Review contract, review attorney revisions, execute copy of same and execute and forward copy of bankruptcy rider (1.0) | 1.20<br>$450.00/ hr | | $540.00 |
| 2/03/2017 | RKP | Review case file to determine Estate tax matters (.1); memo to L. West re: same (.1). | 0.20<br>$195.00/ hr | | $39.00 |
| 2/06/2017 | JAB | Review and respond to special counsel on real estate issues. | 0.50<br>$450.00/ hr | | $225.00 |
| 2/08/2017 | JAB | Review and respond to broker re disclosures required for contract. (.3) Review emails from special counsel, review draft documents. (.4) Email special counsel re condo | 1.00<br>$450.00/ hr | | $450.00 |

**Baldi Berg, Ltd**  8/22/2017

Goerg - Trustee   Page   4

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | documents for Kedzie sale. (.3) | | |
| 2/08/2017 | JMM | Review and respond to email from RE Broker re: fully executed contract (.1) | 0.10<br>$185.00/ hr | $18.50 |
| 2/09/2017 | JAB | Review email from special counsel re attorney review letter (.4) review proposed changes and email special counsel re same (.4), Review follow up emails re same and revisions to approve (.2) | 1.00<br>$450.00/ hr | $450.00 |
| 2/17/2017 | JAB | Review documents for Hamlin closing (.5), email to special counsel and forward copies of orders (.2), Sign documents for Hamlin closing (.3) | 1.00<br>$450.00/ hr | $450.00 |
| 2/17/2017 | JMM | Draft transmittal letter to Wayne re: closing documents and information needed for closing of 11937 Hamlin (.6) | 0.60<br>$185.00/ hr | $111.00 |
| 2/22/2017 | JMM | Respond to Special Counsel email re: check payable to | 0.10<br>$185.00/ hr | $18.50 |
| 2/27/2017 | JMM | Obtain EIN from IRS (.1), Open new bank account at TCB (.1), Deposit check into IQ7 (.1), Deposit check into TCB via RDC (.1) | 0.40<br>$185.00/ hr | $74.00 |
| 3/07/2017 | JAB | Open, review and approve February 2017 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 3/07/2017 | JMM | Prepare closing documents for JAB's signatures and send via email to Wayne Skelton (.2), Draft letter to Wayne Skelton re: transmittal of original closing documents for Kedzie Property (.3) | 0.50<br>$185.00/ hr | $92.50 |
| 3/08/2017 | JAB | Review debtors objection to landlord claim. | 0.40<br>$450.00/ hr | $180.00 |

**Baldi Berg, Ltd**                                                                                   8/22/2017

Goerg - Trustee                                                                              Page    5

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/08/2017 | JMM | Process February 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20 $185.00/hr | $37.00 |
| 3/23/2017 | JMM | Review ALTA Settlement Statement and allocate funds for expenses for sale of 11937 S. Hamlin (.5), Review ALTA Settlement Statement and allocate funds for expenses for sale of 9535 S. Kedzie (.5) | 1.00 $185.00/hr | $185.00 |
| 3/28/2017 | JMM | Draft Report of Sale for 11937 S. Hamlin (.7), Draft Report of Sale for 9535 S. Kedzie (.7) | 1.40 $185.00/hr | $259.00 |
| 4/06/2017 | JAB | Open, review and approve March 2017 Bank Statement | 0.10 $450.00/hr | $45.00 |
| 4/07/2017 | JMM | Process March 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20 $185.00/hr | $37.00 |
| 4/18/2017 | JMM | Respond to Debtor's Counsel email re: fees and expenses accrued in case | 0.20 $185.00/hr | $37.00 |
| 4/28/2017 | JAB | Review amended landlord claim (.2), review response by landlord to debtor's objection to claim (.8) | 1.00 $450.00/hr | $450.00 |
| 5/03/2017 | JAB | Open, review and approve April 2017 Bank Statement | 0.10 $450.00/hr | $45.00 |
| 5/04/2017 | JMM | Process April 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20 $185.00/hr | $37.00 |
| 5/31/2017 | JAB | TC to debtor's attorney to follow up on settlement on car values. | 0.20 $450.00/hr | $90.00 |
| 6/08/2017 | JAB | Review and respond to email from debtor's attorney re car values, payout from estate, request proposal for purchase of vehicle equity. | 0.50 $450.00/hr | $225.00 |

**Baldi Berg, Ltd**                                                                            8/22/2017

Goerg - Trustee                                                                           Page    6

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 6/12/2017 | JAB | Open, review and approve May 2017 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 6/12/2017 | JMM | Process May 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 6/13/2017 | RKP | Review case file for information needed to prepare TIR (.4); update form 1 (.3) | 0.70<br>$195.00/ hr | $136.50 |
| 6/15/2017 | JAB | Review proposed settlement on value and purchase of vehicle equity (.2), review schedules and prior evaluations (.3), Prepare response with counter offer to sell equity to debtor (.7) | 1.20<br>$450.00/ hr | $540.00 |
| 6/16/2017 | JAB | Review and respond to email accepting offer to sell equity in cars to debtor (.4), Confer with JMM re follow up, motion to approve (.1) | 0.50<br>$450.00/ hr | $225.00 |
| 6/21/2017 | RKP | Meet with Trustee to discuss status of case and information needed for TIR | 0.10<br>$195.00/ hr | $19.50 |
| 6/28/2017 | JMM | Deposit Settlement check into IQ7 and allocate funds to assets (.1), Deposit check with bank via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 7/08/2017 | JAB | Open, review and approve July 2017 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 7/11/2017 | JAB | Open, review and approve June 2017 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 7/12/2017 | JMM | Process June 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 7/20/2017 | JAB | TC with L West re tax returns for estate, sale of condos, prior tax returns (.6), Draft email to L West re: copies of requested docs (.3), Confer with JMM re follow up with additional documents (.1) | 1.00<br>$450.00/ hr | $450.00 |

**Baldi Berg, Ltd**  8/22/2017

Goerg - Trustee  Page 7

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/20/2017 | JMM | Edit Asset information in IQ7 in preparation of final report (.6), Draft email to Suzanne @ IQ7 re: editing trustee values (.2), Draft email to Lois West re: request to prepare tax returns, ALTA statements for properties that were sold, tax return and estimate of TR's and BB's fees for case (.7) | 1.50<br>$185.00/ hr | $277.50 |
| 7/20/2017 | RKP | Update forms 1 and 2 for TIR | 0.40<br>$195.00/ hr | $78.00 |
| 7/28/2017 | JMM | Draft Transmittal Letter re: Filing of 2016 Fed Tax Return (.5), Draft Transmittal Letter re: Filing of 2016 State Tax Return (.5), Draft Prompt Determination Letter re: 2016 Federal Tax Return (.4), Draft Prompt Determination Letter re: 2016 State Tax Return (.4) | 1.80<br>$185.00/ hr | $333.00 |
| 8/08/2017 | JAB | Review and approve report of sale (.2), Follow up with RKP re same (.1) | 0.30<br>$450.00/ hr | $135.00 |
| 8/08/2017 | JMM | Process July 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 8/11/2017 | JAB | Review claims for preparation of final report, email re same.(1.0)  Review and respond to email from debtor's attorney re final report, fees and amount to be distributed to claimants. (1.0) | 2.00<br>$450.00/ hr | $900.00 |

Total Fees  $12,498.50

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 7/28/2017 | Transmittal of 2017 Tax Return to IRS via Certified Mail ($7.92) + Transmittal of 2017 Tax Return to IDOR via Certified Mail ($7.29) + Prompt Determination Letter re: 2017 Fed Tax Return sent to IRS via Certified Mail ($7.92) + Prompt Determination Letter re: 2017 State Tax Return sent to IDOR via Certified Mail ($7.50) = $30.63 | 1.00 @ /each | $30.63 |

**Baldi Berg, Ltd**                                                              8/22/2017

Goerg - Trustee                                                              Page    8

---

| 8/22/2017 | Miscellaneous Expense - Copies and Mailing of NFR to Creditors and Debtor | 1.00 @ /each | $3.00 |

|  | Total Expenses | $33.63 |
|---|---|---|
|  | Total New Charges | $12,532.13 |
|  | Previous Balance | $0.00 |
|  | Balance Due | $12,532.13 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 21.70 | $450.00 |
| Jason M Manola | 13.30 | $185.00 |
| Ricki K Podorovsky | 1.40 | $195.00 |
|  | *36.40* (handwritten) |  |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services and incurred the expenses set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on August 29th, 2017

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**