UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 12, 2017 |
| | ) | Hearing Time: 10:00 a.m. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:             Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:      Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:                    October 19, 2016

Period for Which
Compensation is sought:        September 20, 2016 to the close of case

Amount of Fees sought:         $10,072.50

Amount of Expense
Reimbursement sought:          $504.50

This is an:    Interim Application __     Final Application __X__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: September 20, 2017              Baldi Berg, Ltd.

                                       By: ___/s/Joseph A. Baldi_____
                                             Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 12, 2017 |
| | ) | Hearing Time: 10:00 a.m. |

**Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. ("BB"), attorneys for Joseph A. Baldi, as chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Diane L. Goerg, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of $10,072.50, as final compensation for 36.70 hours of legal services rendered to the Trustee from September 20, 2016 through the close of this case and for reimbursement of actual expenses incurred in the amount of $504.50. In support thereof, BB respectfully states as follows:

**Introduction**

1.  Debtor commenced this case on August 10, 2016 by filing a voluntary petition for relief under chapter 7 of the Code.

2.  Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  The Estate's primary assets of value consisted of two condos owned by the Debtor located at 9535 S. Kedzie Ave, 2F, Evergreen Park, Illinois 60805 and 11937 S. Hamlin Ave, 2C, Alsip, Illinois 60803 (collectively "Condos") as well as the debtor's interest in a 2000 Ford Expedition, a 2014 Toyota Camry and the debtor's ½ interest in an unscheduled 1974 Pontiac Grandville (collectively the "Vehicles").

4.  The bar date for filing claims in this case was February 21, 2017 for general unsecured creditors and governmental units.

**Retention of Baldi Berg, Ltd.**

5.  On October 20, 2016, the Court entered an ordered authorizing Trustee to employ

Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as his counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. Also attached as Exhibit A is an order amending the original employment order to include an effective date. BB has served as counsel for Trustee since its retention.

6. The professional qualifications and experience of the BB attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. A listing of the attorneys, paralegals, and clerks who were responsible for representing the Trustee during the period covered by this fee application, their position with the firm, hourly rate(s) as adjusted from time to time, and the total hours expended by each professional is detailed below:

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Joseph A. Baldi | Principal | $450.00 | 12.20 | $5,490.00 |
| Julia D. Loper | Associate | $275.00 | 0.50 | $ 137.50 |
| Ricki Podorovsky | Paralegal | $195.00 | 0.50 | $ 97.50 |
| Jason M. Manola | Paralegal | $185.00 | 23.50 | $4,347.50 |
| TOTALS | | | | $10,072.50 |

**Prior Compensation Received**

7. This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

**Services Rendered by Baldi Berg, Ltd.**

8. Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by BB during the period covered by this Application are

2

summarized below:

BB represented the Trustee with respect to general case administration including the liquidation of the Debtor's property and the preparation and presentation of various motions filed with the Court. Once the Trustee determined there were assets to administer in this case, BB prepared and presented an Application to Employ Attorneys and an Application to Employ Accountants which were both granted by this Court on October 20, 2016.

The Debtor listed an interest in the Condos located at 9535 S. Kedzie Ave, 2F, Evergreen Park, Illinois 60805 ("Kedzie") and 11937 S. Hamlin Avenue, 2C, Alsip, Illinois 60803 ("Hamlin"). After analyzing the debtor's interest in the Condos and after consulting with a real estate broker, the Trustee determined that there was equity in the Condos that should be liquidated for the benefit of the Estate. Thereafter, BB negotiated the terms of the listing agreement and prepared and presented an Application to Employ Coldwell Banker and Enter into Listing Agreements for the Condos which were granted by this Court on January 25, 2017. BB assisted the Trustee in the negotiation and sale of Hamlin and BB prepared and presented a Motion to Sell Hamlin which was granted by this Court on February 17, 2017. Furthermore, BB assisted the Trustee in the negotiation and sale of Kedzie and BB prepared and presented a Motion to Sell Kedzie which was granted by this Court on February 28, 2017. BB also prepared and presented a motion to retain special real estate counsel to prepare the closing documents and attend the closings for the sales of the Condos on behalf of the Estate which was granted by the Court on February 17, 2017. Due to the merger of the Trustee's Accountant's Firm, BB also prepared and presented a Motion to Substitute Accountants which was granted by this Court on February 17, 2017.

After the sale of the Condos, Trustee negotiated and settled with the Debtor for the sale of the estate's non-exempt equity in the Vehicles owned by the Debtor for the sum of $8,500.00. BB prepared and presented a Motion to Sell the Vehicles which was granted by this Court on July 11, 2017. BB prepared Reports of Sale required by Rule 6004 for each transaction. Finally, BB prepared

a final fee application for the Trustee's Accountants and also prepared this final fee application.

In connection with the foregoing services, BB expended 36.70 hours of service on behalf of the Trustee for which it now requests compensation in the amount of $10,072.50.

### Compensation Requested

10. BB has expended a total of 36.70 hours for the services described and categorized in paragraph 9 above. The total value of and the amount of compensation requested herein for those services is $10,072.50.

11. All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more professionals participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BB in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized on the table in paragraph 6 above.

### Reimbursement of Expenses

13. In connection with the services rendered, BB incurred actual and necessary expenses in the amount of $504.50. The expenses incurred by BB were for copies, postage and filing fees for the Motion to Sell Kedzie and Motion to Sell Hamlin. BB also incurred expenses to

acquire condominium documents needed for the sale of the Hamlin property. An itemized list of the expenses incurred is included within the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation to be received by BB for services rendered to the Trustee regarding this case.

15. BB has not previously received or been promised any payments for services rendered in this case.

16. The Affidavit of Joseph A. Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case. BB requests that the Trustee be authorized to pay the compensation awarded herein as part of the Trustee's final distribution in this case.

### Status of the Case

18. The Trustee has administered all the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed his Final Report simultaneously herewith. A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20  Trustee currently has $49,036.52 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees allowed to Baldi Berg, Ltd. in connection with this final fee application, 3) the fees allowed to Kutchins, Robbins & Diamond in connection with their final fee

application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a partial distribution to general unsecured creditors with timely filed claims.

### Trustee's Approval

22. BB certifies that the Trustee has received, reviewed, and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $10,072.50 for actual and necessary professional services rendered to the Trustee from September 20, 2016 through the closing of this case;

B. Allowing to Baldi Berg, Ltd. reimbursement of actual expenses incurred in the amount of $504.50;

C. Authorizing the Trustee to pay the compensation awarded herein from the funds on hand in the Estate as part of the Trustee's final distribution in this case; and

C. For such other and further relief as this Court deems appropriate.

Dated: August 28, 2017                    Baldi Berg, Ltd.

                                              Attorneys for Joseph A. Baldi, as trustee of the estate of Diane L. Goerg, debtor


                                              By:____/s/_____
                                                   Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL 60602
312.726.8150

**Baldi Berg, Ltd.**  **Diane L. Goerg, Debtor**
**Final Fee Application**  **Case No. 16-25697**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-25697 |
|---|---|---|
| Diane L. Goerg, | ) | Chapter: 7 |
|  | ) | Honorable Deborah L. Thorne |
| Debtor(s) | ) |  |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Diane L. Goerg, debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. to act as counsel for the Trustee, with compensation and reimbursement of expenses to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: /s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 19, 2016

**Prepared by:**

Joseph A. Baldi
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602
312.726.8150

**Baldi Berg, Ltd.**　　　　　　　　　　　　　　　　　　　**Diane L. Goerg, Debtor**
**Final Fee Application**　　　　　　　　　　　　　　　　　**Case No. 16-25697**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi Berg & Wallace, Ltd.). Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group. In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors. He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees. Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois. In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest. He is a member of the National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.

**Baldi Berg, Ltd.**

Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

### Julia D. Loper

Julia D. Loper represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola holds his Paralegal Certificate earned at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**  
**Final Fee Application**

**Diane L. Goerg, Debtor**  
**Case No. 16-25697**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:   (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

August 22, 2017
Invoice No:   02964

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

In Reference to:   *Goerg - General Admin*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/20/2016 | JMM | Draft Application to Employ Attorneys (.9), Affidavit (.1), Proposed Order (.1), Draft Application to Employ Accountants (.7), Affidavit (.1), Proposed Order (.1), Draft email to Lois re: Affidavit, Creditors list, App to Employ (.2) | 2.20 $185.00/ hr | $407.00 |
| 10/12/2016 | JAB | Review and revise motions to retain attorneys and accountant. Confer with JMM re follow up. | 0.50 $450.00/ hr | $225.00 |
| 10/12/2016 | JMM | Edit Application to Employ Attorneys (.1), Edit Application to Employ Accountants (.2) | 0.30 $185.00/ hr | $55.50 |
| 10/19/2016 | JDL | Appear in court on motions to employ attorneys and to employ accountants. | 0.50 $275.00/ hr | $137.50 |
| 12/16/2016 | JAB | Analyze listing information for condos, email to broker re: edits on contract (.5) Review and analyze schedules, claims and creditors, remaining property, email to debtor's attorney re same (.4) | 0.90 $450.00/ hr | $405.00 |
| 1/11/2017 | JAB | Analyze and revise listing agreements (1.3), Prepare rider for bankruptcy issues, confer with JMM re motion and | 2.00 $450.00/ hr | $900.00 |

**Baldi Berg, Ltd**  8/22/2017

Goerg - General Admin  Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | follow up (.7) | | |
| 1/12/2017 | JMM | Review and edit proposed Listing Agreement w/ JAB's edits for the Evergreen Property (.9), Begin Drafting Trustee's Application to Employ Brokers and List 9535 S. Kedzie (1.2) | 2.10 $185.00/hr | $388.50 |
| 1/13/2017 | JMM | Edit Trustee's Application to Employ Brokers and List 9535 S. Kedzie (.4), Draft Trustee's Application to Employ Brokers and List 11937 Hamlin (1.5), Draft Proposed Order (.1), Affidavit (.1) | 2.10 $185.00/hr | $388.50 |
| 1/25/2017 | JAB | Prepare for and attend hearing on motion to retain real estate broker.(.6) | 0.60 $450.00/hr | $270.00 |
| 2/01/2017 | JAB | Review and revise motion to sell Hamlin property | 1.20 $450.00/hr | $540.00 |
| 2/01/2017 | JMM | Draft Motion to Sell Alsip Property (1.8), Rule 2002 Notice (.7), Proposed Order (.2), Edit Motion with JAB's notes (.4) | 3.10 $185.00/hr | $573.50 |
| 2/01/2017 | JMM | Draft Trustee's Motion to Employ and Pay Wayne Skelton as Special Counsel re - sale of Alsip Property (1.1), Affidavit (.2), Proposed Order (.1), Edit Motion with JAB's edits (.3) | 1.70 $185.00/hr | $314.50 |
| 2/03/2017 | JAB | Review and revise contract for Kedzie. | 0.50 $450.00/hr | $225.00 |
| 2/06/2017 | JMM | Draft Trustee's Motion to Sell RE - 9535 Kedzie (1.2), Rule 2002 Notice (.6), Proposed Order (.1) | 1.90 $185.00/hr | $351.50 |
| 2/07/2017 | JAB | Review and revise motion to sell Kedzie property, pay broker and special counsel. (.7) Confer with JMM on follow up and filing of motion (.3) | 1.00 $450.00/hr | $450.00 |

**Baldi Berg, Ltd**                                                                                           8/22/2017

Goerg - General Admin                                                                                    Page    3

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/07/2017 | JMM | Edit Motion to Sell 9535 Kedzie | 0.50<br>$185.00/ hr | $92.50 |
| 2/07/2017 | JMM | Draft Motion to Substitute Accountants and Employ KRD (.8), Affidavit (.1), Proposed Order (.1) | 1.00<br>$185.00/ hr | $185.00 |
| 2/08/2017 | JAB | Review, revise and file revised proposed order re sale, waiver of 14 day stay. | 0.50<br>$450.00/ hr | $225.00 |
| 2/08/2017 | JMM | Edit Motion to Substitute Accountants and employ LW and KRD (.3) | 0.30<br>$185.00/ hr | $55.50 |
| 2/16/2017 | JAB | prepare for and attend hearing on motion to sell Hamlin, motion to retain accountant and motion to retain special counsel. | 1.00<br>$450.00/ hr | $450.00 |
| 2/28/2017 | JAB | Prepare for and attend hearing on motion to sell Kedzie condo. (.6) Email to special counsel re entry of order and follow up. (.4) | 1.00<br>$450.00/ hr | $450.00 |
| 6/19/2017 | JAB | Review and respond to debtor's attorney re settlement agreement. | 0.30<br>$450.00/ hr | $135.00 |
| 6/19/2017 | JMM | Review emails re: negotiation of equity in debtor's vehicles compile information needed to draft Motion (.3), Draft Trustee's Motion to Sell Equity in Vehicles back to Debtor (1.4), Proposed Order (.1), Rule 2002 Notice (.6) | 2.40<br>$185.00/ hr | $444.00 |
| 6/20/2017 | JAB | Review, revise and approve motion to sell vehicles, order and notice re same. Confer with JMM re follow up. | 1.00<br>$450.00/ hr | $450.00 |
| 6/20/2017 | JMM | Edit Motion to Sell Property Back to Debtor with Trustee's edits (.8), Edit Rule 2012 Notice (.2) | 1.00<br>$185.00/ hr | $185.00 |
| 7/11/2017 | JAB | Prepare for and attend hearing in Goerg - Motion to Sell Property back to Debtor (Thorne) | 0.50<br>$450.00/ hr | $225.00 |

**Baldi Berg, Ltd**  8/22/2017

Goerg - General Admin  Page  4

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/08/2017 | RKP | Draft Report of Sale 3 vehicles (.2); review case file for information needed to prepare Report of Sale (.1) compile exhibit to Report of sale and prepare for filing (.1); email to J. Baldi re: same (.1) | 0.50<br>$195.00/ hr | $97.50 |
| 8/09/2017 | JMM | Begin drafting BB Fee App (1.4), Draft Order (.2) | 1.60<br>$185.00/ hr | $296.00 |
| 8/16/2017 | JMM | Edit BB Fee App (.7), Begin drafting Accountant's Fee App (1.2), Affidavit (.1), Proposed Order (.1) | 2.10<br>$185.00/ hr | $388.50 |
| 8/18/2017 | JMM | Edit Accountant's Fee App with information from Accountant (.6), edit proposed order (.1), Edit BB Fee App, edit final bill (.5) | 1.20<br>$185.00/ hr | $222.00 |
| 8/22/2017 | JAB | Review and analyze BB and Accountant Fee Application for submission to UST | 1.20<br>$450.00/ hr | $540.00 |

Total Fees  $10.072.50

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 2/01/2017 | Re: 11937 Hamlin Ave - Request to have Condominium Docs produced by Association in order to sell Alsip Property ($115.00) | 1.00 @ /each | $115.00 |
| 2/01/2017 | Motion to Sell Property Free and Clear of Liens - 11937 S. Hamlin | 1.00 @ /each | $181.00 |
| 2/01/2017 | Motion to Sell Property Free and Clear of Liens - 11937 S. Hamlin (30pgs x $.10/pg x 5 parties = $15.00) | 1.00 @ /each | $15.00 |
| 2/07/2017 | Motion to Sell Property Free and Clear of Liens - 9535 Kedzie (25 pgs x $.10/pg x 5 parties = $12.50) | 1.00 @ /each | $12.50 |

**Baldi Berg, Ltd**  8/22/2017

Goerg - General Admin  Page   5

| Date | Description | Qty | Amount |
|---|---|---|---|
| 2/07/2017 | Motion to Sell Property Free and Clear of Liens - 9535 Kedzie | 1.00 @ /each | $181.00 |

|  |  |
|---|---|
| Total Expenses | $504.50 |
| Total New Charges | $10,577.00 |
| Previous Balance | . $0.00 |
| Balance Due | $10,577.00 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 12.20 | $450.00 |
| Julia D Loper | 0.50 | $275.00 |
| Jason M Manola | 23.50 | $185.00 |
| Ricki K Podorovsky | 0.50 | $195.00 |
|  | *36.70* |  |

**Baldi Berg, Ltd.**  
**Final Fee Application**

**Diane L. Goerg, Debtor**  
**Case No. 16-25697**

.

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am a principal of Baldi Berg, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 29th day of August, 2017

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit D**