UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 12, 2017 |
| | ) | Hearing Time: 10:00 a.m. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: Kutchins, Robbins & Diamond, Ltd.

Authorized to Provide
Professional Services as: Accountants to Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment: February 17, 2017[1]

Period for Which
Compensation is sought: July 24, 2017 through July 26, 2017

Amount of Fees sought: $1,351.50

Amount of Expense
Reimbursement sought: $0.00

This is an:  Interim Application __    Final Application _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | Not Applicable | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: September 20, 2017           Kutchins, Robbins & Diamond, Ltd.

                                     By: _____/s/_____
                                         Joseph A. Baldi, Trustee

---

[1] Pursuant to an order of this Court dated October 20, 2016, Popowcer Katten, Ltd. was retained as Trustee's accountants. On January 1, 2017, Popowcer merged with Kutchins Robbins & Diamond and the Trustee obtained the referenced order substituting Kutchins as his accountants. Popowcer did not perform any services for the Trustee before the merger and will not be seeking any compensation in this case.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 12, 2017 |
| | ) | Hearing Time: 10:00 a.m. |

**Trustee's First and Final Application for Allowance and Payment of Compensation of Kutchins, Robbins & Diamond, Ltd., Accountants for Trustee**

Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Diane L. Goerg, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Kutchins, Robbins & Diamond, Ltd. ("Kutchins") of $1,351.50 as compensation for professional services rendered to the Trustee from February 17, 2017 through July 26, 2017. In support thereof, Trustee respectfully states as follows:

### Introduction

1. Debtor commenced this case on August 10, 2016 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The bar date for filing claims in this case was February 21, 2017.

### Retention of Kutchins

4. On February 17, 2017, this Court authorized the Trustee to substitute Kutchins as his accountants in this case[1]. A copy of the retention order is attached hereto as Exhibit A.

---

[1] Pursuant to this Court's order dated October 20, 2016, Popowcer Katten, Ltd. was retained as accountants for Trustee. On January 1, 2017, Popowcer merged with the accounting firm of Kutchins, Robbins & Diamond Ltd. Popowcer did not perform any services for the Trustee prior to the merger and will not be filing a request for payment of compensation in this case.

**Prior Compensation**

5. This is the first and final application for compensation that Kutchins will file in this case.

**Services Rendered by Kutchins**

6. <u>Preparation of Estate Tax Returns</u>: The services rendered by Kutchins have been in connection with the preparation of the Estate's tax returns for the final period ending July 31, 2017. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Kutchins prepared working papers and prepared all returns and supporting schedules.

In connection with the foregoing services, Kutchins performed 5.30 hours of service and requests allowance and payment of final compensation in the amount of $1,351.50. An itemized description of the services rendered to Trustee is set forth on the invoice attached hereto as Exhibit B.

7. All of the services performed by Kutchins were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Kutchins at the request and direction of the Trustee.

**Payment of Compensation**

8. Kutchins has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation to be received by Kutchins for services rendered to the Trustee in connection with this case.

9. Kutchins has not previously received payment of any compensation for services rendered in connection with this case. The affidavit of Lois West in support of this Application is attached as Exhibit C.

10. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

11. Trustee has administered all of the assets belonging to this Estate and has completed his review and analysis of the claims filed against the Estate.

12. Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for Trustee and Trustee's attorneys have has also been filed concurrently with this Application.

### Financial Condition of the Case

13. Trustee currently has $49,036.52 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with his final fee application, 2) the fees allowed to Trustee's Attorneys in connection with their final fee application, 3) the fees allowed to Kutchins in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14. After payment of the Estate's administrative claims, there will be sufficient funds to make a partial distribution to the Estate's timely filed general unsecured creditors.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Diane L. Goerg, Debtor, requests the entry of an order providing the following:

A. Allowing to Kutchins final compensation in the amount of $1,351.50 for actual and necessary professional services rendered to the Trustee from February 17, 2017 through July 26, 2017;

3

  B. Authorizing the Trustee to pay the amount awarded as part of his final distribution in this case from the funds on hand in the Estate; and

  C. For such other and further relief as this Court deems appropriate.

Dated: August 29, 2017       Joseph A. Baldi, as trustee of the estate of
                Diane L. Goerg, Debtor

                By:_____/s/_____
                   Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL 60602
312.726.8150

4

**Kutchins, Robbins & Diamond, Ltd.**  
**Final Fee Application**

**Diane L. Goerg, debtor**  
**Case No. 16-25697**

Retention Order

Exhibit A

Case 16-25697    Doc 70    Filed 09/20/17    Entered 09/20/17 14:15:59    Desc Main
                              Document      Page 6 of 11
**Kutchins, Robbins & Diamond, Ltd.**  
**Final Fee Application**

**Diane L. Goerg, debtor**  
**Case No. 16-25697**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-25697
)
Diane L. Goerg, ) Chapter: 7
)
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

**Order Authorizing Trustee to Substitute Accountants and Employ Lois West and Kutchins, Robbins & Diamond, Ltd., as Accountants**

THIS CAUSE comes before this Court on the Trustee's Motion to Substitute Accountants and Employ Lois West and Kutchins, Robbins & Diamond, Ltd. as Accountants; due notice having been given; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the bankruptcy estate of Diane L. Goerg, is authorized to substitute accountants and employ Lois West and Kutchins, Robbins & Diamond, Ltd. to act as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: /s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 16, 2017

**Prepared by:**

Joseph A. Baldi
20 N. Clark Street, Ste. 200
Chicago, IL 60602
(312) 726-8150

**Kutchins, Robbins & Diamond, Ltd.**
**Final Fee Application**

**Diane L. Goerg, debtor**
**Case No. 16-25697**

**Billing Statements**

**Exhibit B**

| DATE | STAFF | HOURS | RATE | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|---|---|---|---|---|---|---|
| For Client: Estate of Diane L. Goerg (16-25697) | | | | | | 1,351.50 |
| 07/24/2017 | LLW | 2.50 | 255.00 | 637.50 | Preparation | Prepare workpapers for 7/31/17 - Review debtor's 2015 tax returns. Calculate gain on sale of two rental properties. |
| 07/25/2017 | LLW | 2.50 | 255.00 | 637.50 | Preparation | Prepare federal and state fiduciary income tax returns for year ended 7/31/17 - forms 1041/1040 and IL-1041/IL-1040. Draft statement for attachment to returns re: bankruptcy filing. Prepare transmittal letters and 505(b) letters. Make manual changes as required. |
| 07/26/2017 | LLW | 0.30 | 255.00 | 76.50 | Review | Final review - check assembly and sign returns for year ended 7/31/17 - forms 1041/1040 and IL-1041/IL-1040. |
| Total | | 5.30 | | $1,351.50 | | |

| Billed Amount | $1,351.50 |
|---|---|
| Invoice Total | $1,351.50 |

**Kutchins, Robbins & Diamond, Ltd.**　　　　　　　　　　**Diane L. Goerg, debtor**
**Final Fee Application**　　　　　　　　　　　　　　　　**Case No. 16-25697**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Diane L. Goerg, | ) | Case No. 16-25697 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

### Rule 2016 Affidavit

State of Illinois    )
County of Cook    )

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1. I am a certified public accountant licensed by the State of Illinois and a partner in the Corporate Recovery Services department at the accounting firm of Kutchins, Robbins & Diamond, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Kutchins, Robbins & Diamond, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Kutchins, Robbins & Diamond, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Kutchins, Robbins & Diamond, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Kutchins, Robbins & Diamond, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Kutchins, Robbins & Diamond, Ltd.

4. Further affiant sayeth naught.

_____
Lois West

Subscribed and Sworn to before me
this 29th day of August, 2017

_____
Notary Public

OFFICIAL SEAL
JUDITH A. HUGHES
Notary Public- State of Illinois
My Commission Expires 07/29/2020

**Exhibit C**