UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Goerg, Diane L. § Case No. 16-25697
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $72,737.19 (Without deducting any secured claims) | Assets Exempt: $45,558.08 |
| Total Distributions to Claimants: $30,349.39 | Claims Discharged Without Payment: $71,049.93 |
| Total Expenses of Administration: $39,150.61 | |

3) Total gross receipts of $69,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $69,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $39,150.61 | $39,150.61 | $39,150.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $113,134.41 | $72,985.02 | $48,399.32 | $30,349.39 |
| **TOTAL DISBURSEMENTS** | $113,134.41 | $112,135.63 | $87,549.93 | $69,500.00 |

4) This case was originally filed under chapter 7 on 08/10/2016. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    01/23/2018                    By :    /s/ Joseph A. Baldi

                                                 Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 9535 S. Kedzie, 2F, Evergreen Park, IL 60805 | 1110-000 | $31,000.00 |
| 11937 S. Hamlin, 2C, Alsip, IL 60803 | 1110-000 | $30,000.00 |
| 2000 Ford Expedition | 1129-000 | $1,827.50 |
| 2014 Toyota Camry | 1129-000 | $4,479.50 |
| 1974 Pontiac Grandville | 1229-000 | $2,193.00 |
| **TOTAL GROSS RECEIPTS** | | **$69,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd | 3120-000 | NA | $504.50 | $504.50 | $504.50 |
| Joseph A. Baldi | 2100-000 | NA | $6,725.00 | $6,725.00 | $6,725.00 |
| Baldi Berg, Ltd | 3110-000 | NA | $10,072.50 | $10,072.50 | $10,072.50 |
| Kutchins, Robbins & Diamond, Ltd. | 3310-000 | NA | $1,351.50 | $1,351.50 | $1,351.50 |
| Joseph A. Baldi | 2200-000 | NA | $33.63 | $33.63 | $33.63 |
| First American Title Company | 2500-000 | NA | $9,536.02 | $9,536.02 | $9,536.02 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First American Title Company | 2820-000 | NA | $3,622.12 | $3,622.12 | $3,622.12 |
| First American Title Company | 3210-600 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| First American Title Company | 3220-610 | NA | $420.00 | $420.00 | $420.00 |
| First American Title Company | 3510-000 | NA | $4,715.00 | $4,715.00 | $4,715.00 |
| First American Title Company | 3520-000 | NA | $445.00 | $445.00 | $445.00 |
| Texas Capital Bank | 2600-000 | NA | $225.34 | $225.34 | $225.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $39,150.61 | $39,150.61 | $39,150.61 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | Siampos, LLC c/o Vasili Siampos | 7100-000 | $40,333.41 | $53,993.86 | $29,408.16 | $18,440.75 |
| 00001 | Discover Bank Discover Products | 7100-000 | $19,801.00 | $18,991.16 | $18,991.16 | $11,908.64 |
| | James Goerg | | $53,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $113,134.41 | $72,985.02 | $48,399.32 | $30,349.39 |

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 16-25697    Judge: Deborah L. Thorne    Trustee Name: Joseph A. Baldi
Case Name: Goerg, Diane L.    Date Filed (f) or Converted (c): 08/10/2016 (f)
  341(a) Meeting Date: 09/08/2016
For Period Ending: 01/23/2018    Claims Bar Date: 02/21/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 9535 S. Kedzie, 2F, Evergreen Park, IL 60805 | 60,000.00 | 30,000.00 | | 31,000.00 | FA |
| 2. 11937 S. Hamlin, 2C, Alsip, IL 60803 | 50,000.00 | 32,000.00 | | 30,000.00 | FA |
| 3. LCP Pistol Value from Bass Pro Shop - new | 250.00 | 0.00 | | 0.00 | FA |
| 4. Regular wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Engagement ring and costume jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Checking - 9909 TCF Joint with spouse | 0.00 | 0.00 | | 0.00 | FA |
| 7. Savings - 0692 TCF Joint with spouse | 1,425.14 | 0.00 | | 0.00 | FA |
| 8. Traditional IRA Edward Jones Acct. ending in 672-1-3 | 21,519.05 | 0.00 | | 0.00 | FA |
| 9. Roth IRA Edward Jones Acct. ending in 834-1-3 | 3,658.08 | 0.00 | | 0.00 | FA |
| 10. 2000 Ford Expedition | 3,750.00 | 3,750.00 | | 1,827.50 | FA |
| 11. 2014 Toyota Camry | 11,000.00 | 4,600.00 | | 4,479.50 | FA |
| 12. Term life | 0.00 | 0.00 | | 0.00 | FA |
| 13. Regular household furniture - no antiques | 500.00 | 0.00 | | 0.00 | FA |
| 14. 4 TVs 2 laptop computers | 250.00 | 0.00 | | 0.00 | FA |
| 15. DK Corporation (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16. D Empire LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17. Loan to DK Corporation (u) | 68,812.05 | 0.00 | | 0.00 | FA |
| 18. 1974 Pontiac Grandville (u) | 2,250.00 | 2,250.00 | | 2,193.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-25697 | Judge: Deborah L. Thorne | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: Goerg, Diane L. | | Date Filed (f) or Converted (c): 08/10/2016 (f) |
| | | 341(a) Meeting Date: 09/08/2016 |
| For Period Ending: 01/23/2018 | | Claims Bar Date: 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 225,414.32 | 72,600.00 | | 69,500.00 | 0.00 |

Re Prop. #1   Sold per court order 2/28/17 [dkt 46]
Re Prop. #2   Sold per court order 2/17/17 [dkt 42]
Re Prop. #10  Sold per order 7/11/17 [dkt 64]
Re Prop. #11  Sold per order 7/11/17 [dkt 64]
Re Prop. #15  100% ownership
Re Prop. #16  100% ownership
Re Prop. #17  DK Corporation incorporated in 2015. It is, currently,
operating at a loss and its liabilities exceed its assets
Re Prop. #18  1/2 Interest in Vehicle; Sold per order 7/11/17 [dkt 64]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**November 2017:** Trustee filed Tax Returns on behalf of the Estate. Trustee submitted his Final Report for approval by the UST and on October 13, 2017 his final report was approved. Trustee disbursed funds held by the Estate, will begin preparing his TDR for approval by the UST and expects the case to close shortly thereafter.

**June 2017:** Trustee sold 2 parcels of real property and paid customary costs of sale per court orders. Trustee reached settlement with Debtor under which Debtor bought back the non-exempt equity in 3 vehicles. Sale was approved by Court per order of 7/11/17. Trustee will attend to tax matters; review claims and resolve any claims issues and then prepare his Final Report.

**Initial Projected Date of Final Report(TFR) :** 11/30/2017        **Current Projected Date of Final Report(TFR) :** 11/30/2017

| **Trustee's Signature** | /s/Joseph A. Baldi | **Date:** 01/23/2018 |
|---|---|---|
| | Joseph A. Baldi | |
| | 20 N. Clark St. Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-25697 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Goerg, Diane L. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5583 Checking Account |
| Taxpayer ID No: | **-***5780 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/23/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/27/2017 | | First American Title Company<br>8707 West 95th Street<br>Hickory Hills, IL 60457 | Sale of 11937 S. Hamlin Ave, Unit 2C, Alsip, IL 60803 per order 2/17/17 [dkt 42] | | 20,568.49 | | 20,568.49 |
| | [2] | | Sale of 11937 S. Hamlin Ave, Unit 2C, Alsip, IL           30,000.00 | 1110-000 | | | |
| | | | Title Charges & Escrow/Settlement Charges           (2,378.00) | 2500-000 | | | |
| | | | Government Recording & Transfer Charges           (45.00) | 2500-000 | | | |
| | | | Village of Alsip - Transfer Stamp           (105.00) | 2500-000 | | | |
| | | | Association Fees           (1,093.62) | 2500-000 | | | |
| | | | County Taxes (1/1/16 - 6/30/16)           (1,120.21) | 2820-000 | | | |
| | | | County Taxes (7/1/16 - 2/24/17)           (1,394.68) | 2820-000 | | | |
| | | | Trustee's Real Estate Attorney Fees           (750.00) | 3210-600 | | | |
| | | | Coldwell Banker - Broker's Commission           (2,100.00) | 3510-000 | | | |
| | | | Administrative Fee - Coldwell Banker           (445.00) | 3520-000 | | | |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 20,553.49 |
| | | | Page Subtotals | | 20,568.49 | 15.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-25697 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Goerg, Diane L. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5583 Checking Account |
| Taxpayer ID No: | **-***5780 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/23/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/21/2017 | [1] | First American Title Company 27775 Diehl Road Warrenville, IL 60555 | Sale of 9535 S. Kedzie Ave, Unit 2F, Evergreen Park, IL 60805 per order 2/28/17 [dkt 46] | | 20,193.37 | | 40,746.86 |
| | | | Sale of 9535 S. Kedzie Ave, Unit 2F, Evergreen Park, IL   31,000.00 | 1110-000 | | | |
| | | | Title Charges & Escrow/Settlement Charges   (3,285.70) | 2500-000 | | | |
| | | | Government Recording & Transfer Charges   (46.50) | 2500-000 | | | |
| | | | Association Fees   (2,582.20) | 2500-000 | | | |
| | | | County Taxes (7/1/16 - 3/20/17)   (1,107.23) | 2820-000 | | | |
| | | | Trustee's Real Estate Attorney Fees   (750.00) | 3210-600 | | | |
| | | | Transfer Stamp, Inspection Fee, and Association Fee Reimbursement to Trustee's Real Estate Attorney   (420.00) | 3220-610 | | | |
| | | | Coldwell Banker - Broker's Commission   (2,615.00) | 3510-000 | | | |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.73 | 40,708.13 |
| | | | Page Subtotals | | 20,193.37 | 38.73 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)                                                                **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-25697 | |
| Case Name: | Goerg, Diane L. | |
| Taxpayer ID No: | **-***5780 | |
| For Period Ending: | 1/23/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5583 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 56.88 | 40,651.25 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 56.81 | 40,594.44 |
| 06/28/2017 | | Diane Goerg<br>11541 S Highwood Dr<br>Palos Park, IL 60464 | Equity in 3 Vehicles per order 7/11/17 [dkt 64] | | 8,500.00 | | 49,094.44 |
| | [10] | | Equity in 2000 Ford Expedition        1,827.50 | 1129-000 | | | |
| | [11] | | Equity in 2014 Toyota Camry        4,479.50 | 1129-000 | | | |
| | [18] | | 1/2 Interest in 1974 Pontiac Grandville        2,193.00 | 1229-000 | | | |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 57.92 | 49,036.52 |
| 10/13/2017 | 51001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 6,725.00 | 42,311.52 |
| | | | Page Subtotals | | 8,500.00 | 6,896.61 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-25697 | |
| Case Name: | Goerg, Diane L. | |
| Taxpayer ID No: | **-***5780 | |
| For Period Ending: | 1/23/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5583 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/13/2017 | 51002 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Expenses | 2200-000 | | 33.63 | 42,277.89 |
| 10/13/2017 | 51003 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee's Attorney Fees | 3110-000 | | 10,072.50 | 32,205.39 |
| 10/13/2017 | 51004 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee Attorney's Expenses | 3120-000 | | 504.50 | 31,700.89 |
| 10/13/2017 | 51005 | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Dr., Suite 760<br>Schaumburg, IL 60173 | Accountant Fees | 3310-000 | | 1,351.50 | 30,349.39 |
| 10/13/2017 | 51006 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 62.71% to Claim #00001 | 7100-000 | | 11,908.64 | 18,440.75 |
| 10/13/2017 | 51007 | Siampos, LLC c/o Vasili Siampos<br>10212 S 87th Ct<br>Palos Hills, IL 60465 | Disb of 62.71% to Claim #00002 | 7100-000 | | 18,440.75 | 0.00 |
| | | | | Page Subtotals | 0.00 | 42,311.52 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**

| Case No: | 16-25697 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Goerg, Diane L. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5583 Checking Account |
| Taxpayer ID No: | **-***5780 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/23/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 49,261.86 | 49,261.86 |
| Less: Bank Transfer/CD's | | 0.00 | 0.00 |
| **SUBTOTALS** | | 49,261.86 | 49,261.86 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 49,261.86 | 49,261.86 |

| | | | | |
|---|---|---|---|---|
| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: | 69,500.00 | | | | |
| All Accounts Gross Disbursements: | 69,500.00 | ******5583 Checking Account | 49,261.86 | 49,261.86 | |
| All Accounts Net: | 0.00 | **Net Totals** | 49,261.86 | 49,261.86 | 0.00 |